**Opinion issued November 25, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-25-00978-CV**

————————————

**IN RE REINALDO J. AGUIAR MARCANO, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Reinaldo J. Aguiar Marcano has filed a petition for writ of mandamus challenging an Order Denying Second Motion to Recuse and All Subsequent Amendments and Supplements signed on November 19, 2025 by the Honorable Susan Brown, Presiding Judge of the Eleventh Administrative Judicial Region of Texas.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Gloria Espina and Reinaldo J. Aguiar and in the Interest of M.A.A., a child;* cause number 25-DCV-328122,

This Court lacks writ jurisdiction over Judge Brown in her capacity as Presiding Judge of the Eleventh Administrative Judicial Region of Texas. *See* TEX. GOV'T CODE § 22.221(a), (b); *see also In re Valladolid,* Nos. 07–06–0173–CV & 07–06–0174–CV, 2006 WL 1997401, at *1–2 (Tex. App.—Amarillo July 18, 2006, orig. proceeding) (mem. op.) (concluding appellate court lacked jurisdiction to direct presiding judge of administrative judicial district to vacate order denying motions for disqualification and recusal of judge). And it is not necessary to issue a writ of mandamus to enforce our jurisdiction. TEX. GOV'T CODE § 22.221(a).

Accordingly, we dismiss this proceeding for want of jurisdiction, expressing no opinion on the merits. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

---

pending in the 387th District Court of Fort Bend County, Texas, the Honorable Oscar M. Telfair III presiding.